IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

NATOSHA DAVIS

Plaintiff,

v.

RC MOORE, INC. and KENNETH EGOLF,

Defendants.

---

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1332**
**(DIVERSITY OF CITIZENSHIP)**

---

Defendants RC Moore, Inc. ("RC Moore") and Kenneth Egolf, by their attorneys, submit this Notice of Removal Pursuant to 28 U.S.C. §1332[1] and state as follows:

**INTRODUCTION**

1. This is a purported personal injury case. On March 26, 2012, Plaintiff was a passenger in a 2011 Chevrolet Malibu traveling in the left lane of westbound Interstate 70 at mile marker 130.9 in Eagle County, Colorado. Defendant Egolf was also traveling westbound on Interstate 70 near mile marker 130.9 in a 2006 Kenworth tractor-trailer. A gust of wind blew Mr. Egolf's tractor-trailer over, causing it to slide and pin the Chevrolet Malibu against the guardrail. Plaintiff is alleging she suffered personal injuries in the collision. (Exhibit A, Complaint).

2. Plaintiff filed this action in the District Court of Mesa County, Colorado, against Defendants Egolf and RC Moore asserting claims for respondeat superior, negligence, negligence *per se* in violation of C.R.S. § 42-4-1101, negligence *per se* in violation of C.R.S. § 42-4-1402, negligence *per se* in violation of 49 C.F.R. § 383.111 and 49 C.F.R. § 390.3, and negligence *per se* in violation of 49 C.F.R. §390.11 and 49 C.F.R. § 325.1.

3. Defendant Egolf was served with Plaintiff's Summons and Complaint on June 10, 2014. Defendant RC Moore was served with Plaintiff's Summons and Complaint on June 20,

[1] Defendants have not yet filed an Answer or other response to the Plaintiff's Complaint, but will comply with Fed. R. Civ. P. 81(c), and reserve the right to assert defenses in any Answer and Jury Demand subsequently filed.

2014. (Exhibit B, Affidavits of Service).Therefore, in accordance with the requirements of 28 U.S.C. §1446(b), this Notice of Removal is timely filed within 30 days after service of Plaintiff's Complaint.

**JURISDICTIONAL REQUIREMENTS**

4. Although Plaintiff's Complaint does not contain claims that raise a federal question, diversity jurisdiction exists as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.

5. Defendant RC Moore is incorporated in the State of North Carolina, and has its principal place of business in Scarborough, Maine. (Exhibit C, Secretary of State Certificate). Defendant RC Moore requests that the Court take judicial notice of the attached Secretary of State record. Therefore, pursuant to 28 U.S.C. §1332(c)(1), RC Moore is a citizen of the State of North Carolina and the State of Maine.

6. Defendant Kenneth Egolf is a citizen of the State of Pennsylvania. He is currently domiciled at 651 Sturdevant Road, Laceyville, Pennsylvania 18623, and has lived at this address for 16 years and has no intent on moving away from this residence. (Exhibit A, Complaint ¶ 2).

7. Plaintiff Natosha Davis is a citizen of the State of California. The following evidence demonstrates that Plaintiff is domiciled in California: Plaintiff is a registered voter in California (Exhibit D, Registered Voter Information); and Plaintiff currently resides at 11541 Blucher Ave, Unit 150, Granada Hills, California 91344-4363, (Exhibit A, Complaint and Exhibit E, Property Information). See Nichols v. Golden Rule Ins. Co., 2010 WL 1769742, *4 (D. Colo. 2010) (a defendant can establish a plaintiff's intent to remain in a particular location by evidence including the state of one's active state-issued license; the state in which one files tax returns and pays taxes; representations in public documents, including other litigation; property records; location and nature of a party's employment; voter registration; and where a person receives mail). As such, Plaintiff is a citizen of the State of California.

8. The amount in controversy exceeds $75,000. Plaintiff has previously made a good faith settlement demand to Defendants for $442,654.00. (Exhibit F, settlement demand dated September 30, 2013); Klein v. State Farm Mut. Auto. Ins. Co., 2008 WL 4948775, *2 (D. Colo. 2008) (defendant can demonstrate amount in controversy using settlement demands). Plaintiff is seeking past and future economic damages, loss of home services, loss of earnings, impairment of earning capacity, loss of access to employment, reasonable and necessary expenses, including but not limited to: physician, hospital, physical therapy, prescription, and other expenses. (Exhibit A, Complaint ¶ 97). Further, Plaintiff has elected to exclude this case from simplified discovery procedure under the Colorado Rules of Civil Procedure on the ground that she is seeking in excess of $100,000 in damages in this case. (Exhibit G, Civil Cover Sheet); Shylayeva-Kuchar v. Liberty Mut. Fire Ins. Co., 2006 WL 2942939, *2 (D. Colo. 2006) (while a civil cover sheet is not conclusive, it can be taken into consideration when determining the amount in controversy).

9. In sum, this is a civil action in which there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Therefore, this action is properly removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441 because this Court has original jurisdiction pursuant to 28 U.S.C. §1332.

10. Written notice of the filing of this Notice of Removal will be given to Plaintiff. A copy of this Notice of Removal has been filed in the appropriate State court as required by 28 U.S.C. §1446(b). (Exhibit H, Affidavit of Filing of Notice in State Court and Filing of Notice to Parties.)

11. Copies of all pleadings, motions, and orders filed in the State court are being provided herewith, as well as those served upon Defendants. (Exhibit I, State Court docket sheet.)

12. No hearings in the above-entitled action have been set in the Mesa County District Court. Undersigned counsel for Defendants certifies that the foregoing information is correct and he has complied with D.C.Colo.LCivR 81.1.

WHEREFORE, Defendants RC Moore, Inc. and Kenneth Egolf request that the above action now pending against them in the Mesa County District Court be removed to this Court.

Dated this July 10, 2014

Respectfully submitted,

s/ Seth A. Rider
Seth A. Rider, Esq.
Baldwin Morgan & Rider, PC
1512 Larimer Street, Suite 450
Denver, CO 80202
Phone: (303) 623-1832
Fax: (303) 623-1833
Email: seth@bmrpc.com,

s/ Katherine L. Vaughn
Katherine L. Vaughn, Esq.
Baldwin Morgan & Rider, PC
1512 Larimer Street, Suite 450
Denver, CO 80202
Phone: (303) 623-1832
Fax: (303) 623-1833
Email: katherine@bmrpc.com

*Attorneys for Defendants*

CERTIFICATE OF DELIVERY

I hereby certify that a true and correct copy of the foregoing was duly served this 10th day of July, 2014, to each of the following:

| | | |
|---|---|---|
| J. Keith Killian, Esq. | ( ) | via U.S. Mail |
| Killian Davis Richter & Mayle, P.C. | ( ) | via Hand Delivery |
| 202 North Seventh Street | ( ) | via Facsimile |
| Grand Junction CO 81501 | ( ) | via Overnight Mail |
| *Counsel for Plaintiff* | (x) | via CM/ECF System |

s/ Imelda Andrade