# EXHIBIT B

In the District Court of the County of Mesa

In and For the State of Colorado

AFFIDAVIT OF SERVICE

DATE FILED: July 7, 2014 11:04 AM
FILING ID: F0A6A5FD9BA69
CASE NUMBER: 2014CV30407

Natosha Davis

vs.

Kenneth Egolf, an individual;
R.C. Moore, Inc., a
corporation
_____/

Commonwealth of Pennsylvania
County of Dauphin    ss.

I, Todd Kepner, a competent adult, being duly sworn according to law, depose and say that at **8:06 PM** on **06/10/2014**, I served **Kenneth Egolf** at **651 Sturdevant Road, Laceyville, PA 18623** in the manner described below:

☐ Defendant(s) personally served.

☑ Adult family member with whom said Defendant(s) reside(s).
Relationship is Linda Egolf, Spouse.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☐ Other:

a true and correct copy of **Summons; Complaint; District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint** issued in the above captioned matter.

Description:
Sex: Female – Age: 50 – Skin: White – Hair: Brown – Height: 5' 06" – Weight: 190

Sworn to and subscribed before me on this
16th day of June, 2014.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John F. Shinkowsky, Notary Public
Lower Paxton Twp., Dauphin County
My Commission Expires Sept. 28, 2014
Member, Pennsylvania Association of Notaries

X _____
Todd Kepner
One Legal, LLC - San Rafael
68 Mitchell Drive, Suite 250
San Rafael, CA   94903
(877) 737-8322

Atty File#: **1773003** - Our File# **32235**

# Affidavit of Process Server

Mesa County District Court - 21st District, State of CO
(NAME OF COURT)

| Natosha Davis | vs | Kenneth Egolf; RC Moore, Inc. | 14cv030407 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

DATE FILED: July 7, 2014 11:04 AM
FILING ID: F0A6A5FD9BA69

I, Kevin J. Surette, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I Served __RC Moore, Inc.__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons; Civil Case Cover Sheet; Complaint;__

by leaving with __Bethany Omara__, __Person Authorized to Accept__ At
NAME / RELATIONSHIP

☐ Residence _____
ADDRESS / CITY / STATE

☒ Business __75 Pearl St. Portland, ME__
ADDRESS / CITY / STATE

On __6/20/2014__ AT __12:05 PM__
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __24__ day of __June__, 20__14__, by __Kevin Surette__.
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of __Maine__

7/31/14

OL# 1773004