# EXHIBIT F

J. Keith Killian*
Damon J. Davis
Christopher H. Richter*
Nicholas W. Mayle

Daniel R. Robinson
Erin Burke
Andrew Petroski ▾•
James P. Guthro
Matt Parmeter •
Joe Romero •
Caroline Bryce

♦ Also Admitted in Navajo Nation  ● Attorneys admitted in New Mexico
All Attorneys except Joe Romero admitted in CO

▲ Also Admitted in California  ▼ Also Admitted in North Dakota
■ Also Admitted in Indiana and Illinois

# KILLIAN DAVIS
## RICHTER & MAYLE, PC



www.killianlaw.com

September 30, 2013

**RECEIVED**
**OCT 07 2013**
**CORP-12**

Rhona Roberts
Great West Casualty Company
P.O. Box 94
South Sioux City, NE 68776-0094

RE:    Our Client: Natosha Davis
       Date of Loss: March 26, 2012
       Your Client: Kenneth R. Egolf
       Liability Insurance Carrier: Great West Casualty Company
       Liability Carrier Claim No.: F40632  105
       Liability Limits: Not Dislcosed
       UM/UIM Insurance Carrier: GEICO
       UM/UIM Carrier Claim No.: 0379358500101048

Dear Ms. Roberts:

I am writing on behalf of our client, Natosha Davis, to submit a settlement demand of the above referenced claim.

## PERSONAL INFORMATION

Natosha Davis is a 31 year old married woman with three young children. She and her family now reside in Lexington, KY. She was living in Grand Junction, Colorado at the time of the collision.

## LIABILITY

On March 26, 2012, at approximately 2:04 pm, Ms. Davis was a restrained front seat passenger in her 2011 Chevy Malibu. Her husband Lucas Davis was driving and they were traveling in the left lane on Interstate 70 at milepost 130 in Eagle County, Colorado. A semi-tractor trailer owned by R.C. Moore and operated by Kenneth Egolf was traveling in the right lane on Interstate 70. A gust of wind pushed the tractor and trailer over onto its driver's side while it was still in motion. The vehicle Ms. Davis was in attempted to avoid the collision and drove off the left side of the road. This caused the front driver's side of the Chevy Malibu that Ms. Davis was riding in to collide with a guard rail. The tractor trailer slid off the left side of the road, collided with the guard rail and also collided with the Malibu. As a result, the Malibu was pressed against the guard rail. At the time of the collision, it was daylight and the road was

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue SW, Suite 203 Albuquerque, NM 87102 • Phone: 505-242-0707 • Fax: 505-247-2485
Shiprock Office - 101 Ayani Neez Blvd. SE, • P.O. Box 2787 Shiprock, NM 87420 • Phone: 505-368-4026 • Fax: 505-368-2659
Grants Office - 709 E. Roosevelt Ave. Grants, NM 87020 • Phone: 505-287-4333 • Fax: 505-287-3315

Natosha Davis
September 30, 2013
Page 2 of 17

straight and level. The collision was investigated by the Colorado State Patrol.

There is no comparative negligence on the part of Ms. Davis. She was the passenger in her vehicle. There was nothing that she or her husband could do to avoid the collision.

## SUMMARY OF INJURIES

On March 27, 2012, Ms. Davis presented to Dr. Britta Seppi, M.D. for evaluation of her injuries. She reported having pain in the right side of her neck and felt a popping sensation in her upper spine. She had some shooting pain down her neck. She described her pain as warm and throbbing into her right shoulder and upper arm. She had tenderness in her cervical and thoracic paraspinal muscles and sternocleidomastoid muscles. She had discomfort in her right arm. She was assessed with cervical strain with spasms, upper back strain, multiple contusions of the right upper extremity and right shoulder strain status post motor vehicle collision.

On April 6, 2012, Ms. Davis saw Dr. Peggy Wrich, D.O. She continued to have pain in her right neck, upper back, collarbone, shoulder and arm regions. She had severe somatic dysfunction in her cervical and thoracic spine. She had elevation of her left shoulder and left iliac crest as compared to the right. She had leftward rotation of her thoracic spine. She was assessed with cervicalgia and mid back pain status post motor vehicle collision.

On April 12, 2012, Ms. Davis returned to see Dr. Seppi. Ms. Davis was assessed with cervicalgia and mid back pain status post motor vehicle collision. She was given a soft collar to wear during the day. She was advised to start physical therapy, to try chiropractic manipulation and to continue with heat, Motrin and muscle relaxants.

On April 13, 2012, Ms. Davis saw Dr. Ben Dorenkamp, D.C. for chiropractic treatment. Ms. Davis was noted to have tenderness at the cervical, thoracic, lumbar, posterior right iliac and posterior right sacrum regions.

On May 31, 2012, Ms. Davis saw Ms. Jennifer Henderson, P.T. for physical therapy. She complained of headaches with radiation from the occiput up to the superior parietal region, right greater than left. She also reported occasional radicular pain from her neck down her right upper extremity into her right middle finger. She tried transcutaneous electrical nerve stimulation. She had injuries consistent with soft tissue dysfunction status post motor vehicle collision.

On July 13, 2012, Ms. Davis underwent an MRI of the thoracic spine. The impression revealed small left paracentral disc bulge at T6-T7, which flattened the left ventricle thecal sac and slightly flattened the left ventral spinal cord and also had a small posterior bulge at T7-T8 with a left paracentral cephalad extrusion.

On July 31, 2012, Ms. Davis was assessed by orthopedic surgeon Dr. Gebhard, for persistent neck pain despite extensive non-operative management following a car collision. She was recommended to obtain an MRI scan of her cervical spine. The MRI impression revealed disc bulging at C3-C4, C4-C5 and C5-C6.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Natosha Davis
September 30, 2013
Page 3 of 17

On August 24, 2012, Ms. Davis again underwent physical therapy with Ms. Henderson. She noted left upper extremity numbness down into her left hand. She had pain in her neck with right greater than left, bilaterally in her shoulders, in her upper back along her spine and left scapular musculature. She complained that her sleep was decreased because she was uncomfortable due to pain. She had tenderness of her cervical and thoracic musculatures, specifically at the right sternocleidomastoid and scalenes, left rhomboid and levator scapular muscles.

On December 3, 2012, Ms. Davis presented to Ms. Fluhart for acupuncture therapy. She complained of fatigue, sudden energy drop, insomnia and sleep disorder, waking up tired, and trouble sleeping. Ms. Davis was assessed with right shoulder arthralgia and cervicalgia.

On February 13, 2013, Ms. Davis saw Dr. Franson for evaluation and treatment of neck and back pain status post motor vehicle collision. She complained of pain at the base of her neck on the right side and to some extent her lower neck. Her review of systems was significant for chronic fatigue and headache.

## MEDICAL TREATMENT

| Family Physicians of Western Colorado – Britta Seppi, M.D. | | March 27, 2012 |
|---|---|---|
| 99213 | Office/outpatient visit | $ 116.00 |
| | Total $ | 116.00 |

On March 27, 2012, Ms. Davis presented to Dr. Seppi for evaluation of neck pain following her motor vehicle collision on March 26, 2012. She reported having pain in the right side of her neck and felt a popping sensation in her upper spine. She had some shooting pain down her neck upon turning too fast. She described her pain as warm and throbbing into her right shoulder and upper arm. She had difficulty sleeping. She tried applying ice and Advil.

Upon examination, Ms. Davis was tender about her right shoulder at her acromioclavicular joint, primarily at her biceps tendon region. She had tenderness in her cervical and thoracic paraspinal muscles and sternocleidomastoid muscles. She had discomfort in her neck upon looking towards the left. She had discomfort in her right arm with forward flexion and abduction. Ms. Davis was assessed with cervical strain with spasms, upper back strain, multiple contusions of the right upper extremity and right shoulder strain status post motor vehicle collision. She was advised to rest with just gentle stretching, to apply ice and continue Advil. She was prescribed Cyclobenzaprine HCl. She was advised to follow-up if she had no improvement over the following week.

| Family Physicians of Western Colorado – Peggy Wrich, D.O. | | April 6, 2012 |
|---|---|---|
| 99213 | Office/outpatient visit | $ 116.00 |
| 98926 | Osteopathic man. Tx3-4 body regions | $ 118.00 |
| | Total $ | 234.00 |

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Natosha Davis
September 30, 2013
Page 4 of 17

On April 6, 2012, Ms. Davis presented to Dr. Wrich with complaints of neck and back pain after being involved in a motor vehicle collision on March 26, 2012. She developed pain in her right collar bone, shoulder and arm. She had been recommended by Dr. Seppi to try osteopathic manipulation therapy. She continued to have pain in her right neck, upper back, collarbone, shoulder and arm regions. She noted popping sensation in her upper spine with some shooting pain down her neck when turning her neck. She tried ice, heat and Ibuprofen to control her pain. She was on Cyclobenzaprine HCl.

Upon examination, Ms. Davis had tenderness in her cervical paraspinal musculature over the spinous processes and throughout the entire upper back, her right greater than her left. Her cervical range of motion was limited because of pain. She had severe somatic dysfunction in her cervical and thoracic spine. She had positive standing and seated flexion test on the left. She had elevation of her left shoulder and left iliac crest as compared to right. She had leftward rotation of her thoracic spine. Ms. Davis was assessed with cervicalgia and mid back pain status post motor vehicle collision. Osteopathic manipulation therapy was performed to include myofascial release and soft tissue release to her cervical and thoracic spines. High velocity low amplitude spinal manipulation was given to her thoracic spine, ribs and pelvic innominates. She was advised to drink plenty of water. She was recommended to avoid heavy lifting, pushing and pulling for the following 24 to 48 hours. She was recommended to follow-up in one week for additional treatment if her symptoms did not improve.

**Family Physicians of Western Colorado – Britta Seppi, M.D.**    April 12, 2012

| 99213 | Office/outpatient visit | $ 116.00 |
|---|---|---|
| | Total $ | 116.00 |

On April 12, 2012, Ms. Davis returned to Dr. Seppi for follow-up evaluation of multiple contusions, neck and back strain. She had a lot of neck pressure and spots in her neck. She also noted some lightheadedness. She noted that her middle back felt like it wanted to pop. She reported she did not feel relief from the osteopathic manipulation therapy. She was referred to physical therapy. She was on muscle relaxants and Motrin. Upon examination, Ms. Davis was very tender along her right posterolateral neck muscles, just inferior to her right occiput. She had very tight sternocleidomastoid muscles. She had slight tightness in her right rhomboid. She was tender over her cervical spinous processes. She had a raised area at about T8 region where she felt popping and increased tenderness. Ms. Davis was assessed with cervicalgia and mid back pain status post motor vehicle collision. She was given soft collar to wear during the day. She was advised to start physical therapy, to try chiropractic manipulation and to continue with heat, Motrin and muscle relaxants.

**Dorenkamp Chiropractic – Ben W. Dorenkamp, D.C.**

|  |  | April 13, 2012 |
|---|---|---|
| 98941 | Chiropractic manipulation (3-4 areas) | $ 40.00 |
|  |  | June 13, 2012 |
| 98941 | Chiropractic manipulation (3-4 areas) | $ 30.00 |

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

|   |   | June 15, 2012 |
|---|---|---|
| 98941 | Chiropractic manipulation (3-4 areas) | $ 30.00 |
|   | Total | $ 100.00 |

  **On April 13, 2012**, Ms. Davis was seen by Dr. Dorenkamp for chiropractic evaluation and treatment for neck and upper back pain. She rated her pain as 7/10. Upon examination, Ms. Davis was noted to have tenderness at the cervical, thoracic, lumbar, posterior right iliac and posterior right sacrum regions. She had positive Kemp's test on the right. She was given chiropractic manipulation therapy. Between April 13, 2012, and June 15, 2012, Ms. Davis underwent three chiropractic therapy sessions.

**Therapy Works of Community Hospital – Jennifer D. Henderson, P.T.**

|   | May 31, 2012 |
|---|---|
| PT evaluation new patient | $ 177.00 |
| PT therapeutic exercise 15 min | $ 69.00 |
| PT manual therapy tech 15min | $ 65.00 |
|   | June 30, 2012 |
| PT manual therapy tech 15min | $ 910.00 |
| Total | $ 1,221.00 |

  **On May 31, 2012**, Ms. Davis presented to Ms. Henderson for physical therapy evaluation and treatment of headaches, cervicalgia, neck strain, mid back pain and stiff spine status post motor vehicle collision on March 26, 2012. She complained of headaches with radiation from the occiput up to the superior parietal region, right greater than left. Ms. Davis noted cervical and thoracic region pain close to her spine right greater than left and scapular pain on the right side. She noted radiation of pain into her right shoulder region. She also reported occasional radicular pain from her neck down her right upper extremity into her right middle finger, lasting 15 minutes on occurrence and then subsiding. She had a feeling that her upper back would pop.

  Ms. Davis stated that she experienced upper back cracking and would have relief for one hour and then her pain recurred. She gave a history of visiting a chiropractor intermittently for years. Since the collision, he indicated that she had significant misalignment in her spine and ribs, but was unable to perform complete adjustment secondary to her soft tissue restrictions. She reported difficulty at work with prolonged sitting and lifting as well as difficulty carrying her kids or other objects, doing dishes, laundry and other household chores, bending forward, gardening, and to return to playing softball because of pain and daily headaches. Ms. Davis described her pain as constant, throbbing, sharp, shooting, burning and aching in quality with some occasional numbness and tingling. She rated her pain as 4-7/10. She noted that her pain was aggravated by bending forward, lifting, sitting, standing and walking and eased by medication, heat and cold. She tried a transcutaneous electrical nerve stimulator. She had decreased sleep because of difficulty getting comfortable.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Her back pain questionnaire indicated that she had moderate back pain, which did not vary much, she had increased back pain with washing and dressing, back pain prevented her from lifting heavy weights but she could manage medium weights. She had some back pain while walking, she could sit for short periods of time but she was unable to stand for longer than one hour without increasing her back pain. Ms. Davis' normal night sleep was reduced by less than one-quarter because of her back pain, she had limited energetic interests due to back pain, she had extra back pain while traveling and her back pain was remaining the same.

Her neck pain questionnaire indicated that she had moderate pain, her pain prevented her from lifting heavy objects but she could manage medium weights, she had slight neck pain with reading, she had moderate headaches occurring frequently, she had slight difficulty concentrating, she could drive with slight neck pain, her sleep was disturbed and she could hardly do any recreational activities because of neck pain.

Upon examination, Ms. Davis was noted to have pain with cervical, lumbar and right upper extremity range of motion. She had pain with resisted right rotation, left side-bending, flexion and extension on cervical strength testing. She had pain with right shoulder strength testing with resistance in all motions. Ms. Davis had decreased light touch sensation in her right middle finger. She had painful first rib mobility testing on the right side. She was noted to have hypomobility on the left side glide at C3-C6, on right side glide at C3-C4 and posteroanterior glide at C3-C7.

Ms. Davis was assessed with muscle spasms, pain, headaches, spinal hypomobility and decreased activity tolerance. She had injuries consistent with soft tissue dysfunction status post motor vehicle collision. Her goals were to be independent in a home exercise program in two weeks, to sit through an entire work shift without increase in symptoms in three weeks and to pick up and carry her children to return to normal care of kids, to reduce headaches to less than two times per week and to score less than 13/50 on the back pain questionnaire or neck disability index in order to show functional improvement in four weeks. She was recommended to undergo therapy one to two times per week for four weeks. Between May 31, 2012, and July 24, 2012, Ms. Davis underwent seven physical therapy sessions including home exercise program, range of motion exercises, posture training, strengthening exercises, modalities, joint mobilization, muscle energy techniques, suboccipital release, cervical distraction, soft tissue mobilization, manual therapy and therapeutic exercises. On July 24, 2012, Ms. Davis was discharged from physical therapy.

**Grand Junction Diagnostics – Anthony Bullard, M.D.**

| | | |
|---|---|---|
| **X-rays of cervical spine** | | **June 8, 2012** |
| 72040, TC | X-ray exam of neck spine – technical | $ 49.00 |
| | Total $ | 49.00 |

On **June 8, 2012**, Ms. Davis underwent X-rays of her cervical spine, which was read by Dr. Bullard, at the request of Dr. Wrich for complaints of pain. The impression was unremarkable.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

| | **X-rays of thoracic spine** | June 8, 2012 |
|---|---|---|
| 72070, TC | X-ray exam of thoracic spine – technical | $ 44.00 |
| | Total | $ 44.00 |

On June 8, 2012, Ms. Davis underwent X-rays of thoracic spine, performed by Dr. Bullard, at the request of Dr. Wrich for complaints of pain. The impression revealed slight S-shaped thoracic scoliosis.

**Spine and Injury Center of Grand Junction – Christopher J. Angello, D.C.**

| | June 25, 2012 |
|---|---|
| 98941 | $ 68.00 |
| 97010 | $ 10.00 |
| 97014 | $ 29.00 |
| 96002 | $ 75.00 |
| 99203 | $ 180.00 |
| 96004 | $ 165.00 |
| | June 29, 2012 |
| 97039 | $ 87.00 |
| 97010 | $ 10.00 |
| 97014 | $ 29.00 |
| 97140 | $ 55.00 |
| 97012 | $ 35.00 |
| 97112 | $ 61.00 |
| | July 2, 2012 |
| 98941 | $ 68.00 |
| 97010 | $ 10.00 |
| 97014 | $ 29.00 |
| 97012 | $ 35.00 |
| | July 5, 2012 |
| 98941 | $ 68.00 |
| 97010 | $ 10.00 |
| 97014 | $ 29.00 |
| 97140 | $ 55.00 |
| 97012 | $ 35.00 |

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

|       |       | July 9, 2012 |
|-------|-------|--------------|
| 98941 | $     | 68.00        |
| 97010 | $     | 10.00        |
| 97014 | $     | 29.00        |
| 97140 | $     | 55.00        |
| 97012 | $     | 35.00        |
|       |       | July 12, 2012 |
| 98941 | $     | 68.00        |
| 97010 | $     | 10.00        |
| 97014 | $     | 29.00        |
| 97140 | $     | 55.00        |
| 97012 | $     | 35.00        |
|       |       | July 18, 2012 |
| 98941 | $     | 68.00        |
| 97010 | $     | 10.00        |
| 97014 | $     | 29.00        |
| 97140 | $     | 55.00        |
| 97012 | $     | 35.00        |
|       |       | August 10, 2012 |
| 98941 | $     | 68.00        |
| 97010 | $     | 10.00        |
| 97014 | $     | 29.00        |
| 97140 | $     | 55.00        |
| 97012 | $     | 35.00        |
|       |       | August 13, 2012 |
| 98941 | $     | 68.00        |
| 97010 | $     | 10.00        |
| 97014 | $     | 29.00        |
| 97140 | $     | 55.00        |
| 97012 | $     | 35.00        |
| Total | $     | 2,128.00     |

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

On June 25, 2012, Ms. Davis presented to Dr. Angello for chiropractic therapy evaluation and treatment of neck, bilateral shoulder, mid back and bilateral hip pain following a motor vehicle collision. She rated her pain as 6/10. She complained of continued pain on the right side of her neck and back. She noted that area against the right side of her spine was stuck and needed adjustment. She complained of sharp pain down the right side of her neck stemming from her neck. She had headaches on a daily basis and intermittent radicular pain moving into different regions.

Ms. Davis was assessed with headache, cervicalgia, pain in the thoracic spine, brachial neuritis or radiculitis and non-allopathic lesions of the lumbar region. Her goals were to increase function, decrease pain, increase range of motion and decrease electromyelogram findings. She was recommended to undergo therapy two times per week over the following four to six weeks. Between June 25, 2012, and August 13, 2012, Ms. Davis underwent 10 chiropractic therapy sessions including manipulative treatments, therapeutic modalities, interferential therapy, hydrotherapy, cervical traction, aggressive stretching and strengthening exercises, cryotherapy, electrical stimulation, class IV laser and adjustments.

### Grand Junction Diagnostics – Mark Mountford, M.D.

On July 13, 2012, Ms. Davis underwent an MRI of the thoracic spine, which was performed by Dr. Mountford, at the request of Dr. Wrich for complaints of mid back and posterior lower right rib pain status post motor vehicle collision. The impression revealed small left paracentral disc bulge at T6-T7, which flattened the left ventral thecal sac and slightly flattened the left ventral spinal cord and small posterior bulge at T7-T8 with a left paracentral cephalad extrusion.

### Rocky Mountain Orthopaedic Associates, P.C. – James S. Gebhard, M.D.        July 31, 2012

| | | | |
|---|---|---|---:|
| 99204 | office, compreh; mod, new | $ | 350.00 |
| 72040 | Xray, cervical spine, AP & | $ | 88.00 |
| 72070 | Xray, thoracic spine, 2 vi | $ | 76.00 |
| | | Total $ | 514.00 |

On July 31, 2012, Ms. Davis presented to Dr. Gebhard for evaluation of her neck and right shoulder pain after her motor vehicle collision on March 26, 2012. She developed a lot of soreness and stiffness in her neck right after the collision, which progressed and became very painful in her neck over the following 12 to 24 hours. Ms. Davis noted radiation of pain into her right shoulder with a lot of pain in her right shoulder blade. She noted numbness in her left arm and back pain. She rated her low back pain as 3/10. She described her pain as aching, throbbing, shooting, burning, clicking and popping, aggravated by sitting, climbing stairs and coughing or sneezing. She was treated with narcotic medication, Flexeril, physical therapy, massage, ultrasound, traction, braces, acupuncture, manipulation and transcutaneous electrical nerve stimulation unit without permanent improvement.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Modified Oswestry low back pain questionnaire indicated that her pain was moderate and did not vary much, she did not change her way of washing or dressing even though it caused her pain, pain prevented her from lifting heavy weights, from walking long distances and from sitting for more than half an hour. She could not stand for longer than one hour without increasing pain, she could sleep only three-fourths of normal time because of pain, pain prevented her from participating in more energetic activities, she had some pain while traveling and her normal job and homemaking duties caused her extra pain.

Roland-Morris low back pain and disability questionnaire indicated that she changed position frequently to try to get her back comfortable, she could only stand up for short periods of time because of her back, she slept less and avoided heavy jobs around her house because of her back.

Upon examination, Ms. Davis had midline and paracervical tenderness. Her neck range of motion testing revealed that she could flex her chin 4 fingerbreadths from her chest, extension was 35 degrees, right rotation was 45 degrees, left rotation was 55 degrees, right lateral bending was 30 degrees and left lateral bending was 30 degrees. X-rays of her cervical spine revealed short segment kyphosis at C5-C6 level. Ms. Davis was assessed with persistent neck pain despite extensive non-operative management following a car collision. She was recommended an MRI scan of her cervical spine.

**St. Mary's Hospital and Medical Center – Michael Holt, M.D.**

On August 8, 2012, Ms. Davis underwent MRI of her cervical spine, performed by Dr. Holt, at the request of Dr. Gebhard. The reason for the examination was cervical and thoracic pain and lower extremity pain. The impression revealed disc bulging at C3-C4, C4-C5 and C5-C6.

| Rocky Mountain Orthopaedic Associates, P.C. – Todd Ousley, P.A.C. | August 13, 2012 |
|---|---|
| 99213    office, expand; low, est. | $ 153.00 |
| Total $ | 153.00 |

On August 13, 2012, Ms. Davis presented to Mr. Ousley for review of her cervical and thoracic spine scans. She complained of neck and upper thoracic spine pain. She also had popping in her mid-back that was uncomfortable. She was undergoing physical and chiropractic therapy. She was on topical analgesics. Ms. Davis was assessed with thoracic and cervical whiplash injuries. She was recommended to undergo a strengthening program for her cervical accessory muscles and scapular stabilizers. She was advised to follow-up in two months if her symptoms persisted.

| Therapy Works of Community Hospital – Jennifer D. Henderson, P.T. | August 24, 2012 |
|---|---|
| PT evaluation new patient | $ 177.00 |
| PT therapeutic exercise 15 min | $ 138.00 |

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

| | |
|---|---|
| PT manual therapy tech 15min | $ 65.00 |
| | **Total $ 380.00** |

    **On August 24, 2012**, Ms. Davis presented to Ms. Henderson for physical therapy evaluation and treatment of cervical and thoracic whiplash injury, muscle weakness and pain status post motor vehicle collision on March 26, 2012. She was seen at the spine center where she received acupuncture, traction, chiropractic care and transcutaneous electrical nerve stimulation. She also noted left upper extremity numbness down into her medial hand. She also noted occasional headaches, muscle spasms, stiff spine feelings and pain in her neck and upper back. She complained of difficulty at work with prolonged sitting, lifting, carrying her kids or other objects, doing dishes, laundry and other household chores. She also had difficulty bending forward, gardening and returning to playing softball secondary to her pain and daily headaches.

    Ms. Davis had pain in her neck, right greater than left, bilateral shoulders, upper back along her spine and left scapular musculature. She also had left upper extremity numbness down the medial portion of her arm. She described her pain as intermittent, changing day to day with different activity, throbbing, sharp, shooting, burning, dull, aching, and numbness with tingling. She rated her pain as 4-8/10. She noted that her pain was aggravated by prolonged positions, using neck or quick upper extremity movements and was eased by transcutaneous electrical nerve stimulation machine and traction. She complained that her sleep was decreased because she was uncomfortable and woke up to change position.

    Her neck pain questionnaire indicated that she had pain, her pain prevented her from lifting heavy objects but she could manage medium weights. She had moderate neck pain with reading, she had moderate headaches occurring frequently, she had slight difficulty concentrating, she could drive with but experienced neck pain. Her sleep was disturbed and she could limited in recreational activities because of her neck pain.

    Upon examination, Ms. Davis had decrease in her cervical motion on looking right or left during muscle spasms or while her neck felt tight. She had decreased strength of her scapular stabilizers with pain with resistance of rhomboids on the left. She had pain with range of motion of her right sternocleidomastoid region. She was noted to have tenderness of her cervical and thoracic musculatures, most specific at right sternocleidomastoid and scalene, left rhomboid and levator scapular muscles. She was noted to have soreness in her cervical and thoracic regions and hypomobility of her thoracic region. She scored 18/50 on the neck pain questionnaire.

    Ms. Davis was assessed with muscle weakness, poor posture, altered spinal mobility and decreased stability in her spine. Her goals were to decrease pain, to return to normal, to be independent in a home exercise program in two weeks and to report minimal to no fatigue in her upper back or cervical muscles with full day at work of prolonged sitting or standing for eight hours in order to show improved function and decrease in symptoms, to be able to sit in a car as a passenger for more than four hours in order to take trips with family or work without increasing symptoms and to score less than 9/50 on neck pain questionnaire in order to show functional progress in four weeks.

    Ms. Davis was recommended to undergo physical therapy one time per week for four weeks. Between August 24, 2012, and September 25, 2012, Ms. Davis attended three physical therapy sessions including home exercise education, range of motion exercises, posture training,

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Natosha Davis
September 30, 2013
Page 12 of 17

strengthening exercises, modalities, joint mobilization, myofascial release, soft tissue mobilization, manual energy techniques, stability program and therapeutic exercises. On September 25, 2012, Ms. Davis was discharged with plan to continue her home exercise program.

**Maria G. Castro, M.D.**

On August 24, 2012, Ms. Davis presented to Dr. Castro for orthopedic consultation with complaints of slipped discs from her motor vehicle collision. She reported weight gain. She was assessed with herniated cervical and thoracic disc. Ms. Davis was recommended to follow-up in one year. She was prescribed Tizanidine.

**Artemesia Community Acupuncture & Wellness Center – Kathleen Fluhart, C. Ac.**

|  |  | December 3, 2012 |
|---|---|---|
| 99205 | Acupuncture, initial visit | $ 70.00 |
| 97810 | Acupuncture, initial 15 minutes | $ 35.00 |
| 97811 | Acupuncture, each additional 15 minutes | $ 40.00 |
| Products | Neck & shoulder (acute) | $ 21.70 |
| Products | Schisandra ZZZ | $ 31.13 |
| Products | tax | $ 3.17 |
|  | Total | $ 201.00 |

On December 3, 2012, Ms. Davis presented to Ms. Fluhart for acupuncture therapy evaluation and treatment of neck and back pain and spasms following her motor vehicle collision in March 2012. She complained of pain in her neck, shoulder, upper back, mid back, elbow, arm, hands, fingers and hip regions. She noted weakness and soreness in her muscles, spinal curvature, numbness and tingling and muscle spasms. She complained of headaches, mostly on the right side with heavy feeling in her head. She also had jaw pain and clicking. She reported occasional tenderness in her right foot. She complained of fatigue, sudden energy drop, insomnia and sleep disorder, waking up tired, and trouble sleeping. She previously underwent acupuncture. She noted her symptoms to be worse at night and by sitting, standing and working. Ms. Davis was assessed with right shoulder arthralgia and cervicalgia. She received acupuncture therapy, following which she was discharged.

**Bluegrass Orthopaedics & Hand Care – Dirk Franzen, M.D.**

On February 13, 2013, Ms. Davis presented to Dr. Franzen for evaluation and treatment of neck and back pain status post motor vehicle collision, as referred by Dr. Diana Hayslip. She complained of pain at the base of her neck on the right side and to some extent her lower neck.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Natosha Davis
September 30, 2013
Page 13 of 17

She was on Levothyroxine and Sertraline. Her review of systems was significant for chronic fatigue and headache.

Upon examination, Ms. Davis had tightness and tenderness around the right cervicothoracic junction area and tenderness about two-third of the way down the right medial scapular border. X-ray of her cervical spine was unremarkable. X-ray of the thoracic spine revealed coronal plane curvature about two-third of the way down and some spondylitic changes. Ms. Davis was recommended to obtain MRI scan and to follow-up post MRI scans.

**On March 1, 2013,** Ms. Davis returned to Dr. Franzen for follow-up evaluation of her neck and back pain. MRI's of her cervical and lumbar spine were reviewed. She was recommended to undergo therapy and maintenance exercise program.

## SUMMARY OF MEDICAL EXPENSES

| | | |
|---|---|---|
| Family Physicians of Western Colorado | March 27, 2012 to April 12, 2012 | $464.00 |
| Dorenkamp Chiropractic | April 13, 2012 to June 15, 2012 | $100.00 |
| Therapy Works of Community Hospital | May 31, 2012 to August 24, 2012 | $1,601.00 |
| Grand Junction Diagnostics | June 8, 2012 | $93.00 |
| Spine and Injury Center of Grand Junction | June 25, 2012 to August 13, 2012 | $2,128.00 |
| Rocky Mountain Orthopaedic Associates, P.C. | July 31, 2012 to August 13, 2012 | $667.00 |
| Bluegrass Community Health Center | November 12, 2012 | $298.00 |
| Artemesia Community Acupuncture & Wellness Center | December 3, 2012 | $201.00 |
| | Total: | $5,554.00 |

## DAMAGES

Ms. Davis has damages consisting of (1) economic damages, (2) non-economic damages, and (3) permanent impairment. These are addressed below.

### I. ECONOMIC LOSSES

A. Past Medical Expenses

Ms. Davis has incurred medical expenses in excess of $5,554.00. Her medical treatment is ongoing.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Natosha Davis
September 30, 2013
Page 14 of 17

### B. Future Medical Expenses

Ms. Davis will incur future medical expenses as a result of the injuries she sustained in the motor vehicle collision on March 26, 2012. Ms. Davis will require ongoing doctor visits. If she has an average of two visits per year, the estimated amount of medical bills for office visits over the next 10 years is $6,000 ($300 per visit x 2 visits per year x 10 years).

When Ms. Davis experiences exacerbations, she will be referred to outpatient based physical therapy for 8 to 10 session of aggressive physical therapy to combat these episodes. She will be referred for treatment three times per week for three weeks. The total cost is $1,350 for three weeks at a time. If Ms. Davis experiences one exacerbation per year, she will be referred to physical therapy for a total of 3 weeks. The estimated cost for physical therapy is $13,500 (average cost of $1,350 for three weeks x 10 years).

Ms. Davis has also benefited from chiropractic and acupuncture therapies. The average cost for these treatments is $150.00 per session. If Ms. Davis requires an adjustment four times per year, her estimated future medical expense for treatment is $6,000 ($150 per session x 4 visits per year x 10 years).

Ms. Davis continues to experience pain in her neck and back. She could require epidural steroid injections to control her pain and symptoms. Epidural steroid injections are usually given in a series of three, each costing approximately $2,500 per treatment. The total estimated cost for steroid injections is $75,000 ($2,500 per injection x 3 injections per series x 10 years).

Based on the above estimates, Ms. Davis' future estimated medical care is $100,500.00.

### C. Future Wage Loss

It is likely that Ms. Davis will lose income in the future due to diminished earning capacity and shortened work life. She continues to experience pain in her neck and back. It is estimated that Ms. Davis could lose $2,000.00 per year over her remaining work life. Ms. Davis planned to retire at age 67 or beyond. Ms. Davis is currently 31 years old. Her total estimated future wage loss over the next 36 years is $72,000.

## II. NON-ECONOMIC DAMAGES

Ms. Davis continues to suffer from injuries sustained in the collision. She has persistent pain in her neck, mid back and lower back. The pain in her neck radiates into the arms to the hand and fingers. Her pain is described as constant. The pain is made worse with activity, walking, prolonged standing, prolonged sitting, bending, sleeping, and lifting weight. Ms. Davis used to be very active and enjoyed many outdoor activities. Ms. Davis indicated that she limits her activities including biking, jogging, hiking and camping. She indicated that as a result of her injuries, she avoids activities that she enjoyed prior to the collision to include water skiing, snow skiing, wake boarding, snowboarding, volleyball, basketball and boating. She indicated that these activities cause too much pain to her neck and back.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Natosha Davis
September 30, 2013
Page 15 of 17

Ms. Davis's life expectancy at the time of the incident, under section 13-25-103, C.R.S., was 48.2 years. As a result of the incident, Ms. Davis has endured (1) pain and suffering; (2) emotional distress; (3) inconvenience and (4) impairment of the quality of life. She values these losses at $3,000 per year, for a total of $144,600.00 in non-economic damages.

### III. PERMANENT IMPAIRMENT

As a result of the injuries Ms. Davis sustained, she has permanent physical impairment. Ms. Davis continues to experience pain in her cervical, lumbar and thoracic spine. She sustained a cervical and shoulder muscle strain which has caused restrictions in her range of motion. She has experienced ongoing headaches and muscle spasms. Based on the American Medical Association Guidelines to the evaluation of impairment, 5th Edition, Ms. Davis would likely have at least a 12% impairment rating. If valued at $10,000 per impairment rating, Ms. Davis has $120,000 in permanent impairment. If the matter proceeds to litigation, Ms. Davis will retain an impairment rating expert to more precisely calculate her impairment.

### TOTAL DAMAGES

Economic Damages:
    Past Medical Expenses:    $ 5,554.00
    Future Medical Expenses:    $100,500.00
    Future Wage Loss:    $ 72,000.00
Non-Economic Damages:    $144,600.00
Permanent Impairment:    $120,000.00

    Total:    $442,654.00

### SETTLEMENT OFFERS

No prior settlement offers have been made at this time.

### LIABILITY, MEDICAL PAYMENT COVERAGE AND UIM LIMITS

The liability carrier on this case is Great West Casualty Company. This matter is being handled under claim number F40632. The limits of liability have not been disclosed at this time.

Ms. Davis did not have medical payment coverage on her policy with Geico Insurance.

Ms. Davis did not have UIM coverage on her policy with Geico Insurance.

### LIENS/SUBROGATION INTEREST

Ms. Davis does have outstanding medical expenses as a result of this collision. Her treatment is ongoing and any outstanding liens or subrogation interest will be handled by Killian, Davis, Richter & Mayle. The firm will withhold from the settlement funds the gross amount of the medical lien(s), place it in the firm's trust account and negotiate a resolution.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers

Natosha Davis
September 30, 2013
Page 16 of 17

## DEMAND

Ms. Davis' total losses consist of economic damages, non-economic damages and permanent impairment. The total of Ms. Davis' damages is $442,654.00 and she makes settlement demand for the full extent of her injuries. Please respond by October 8, 2013.

Very truly yours,

KILLIAN & DAVIS P.C.

J. Keith Killian, Esq
Matt Parmenter, Esq.

Grand Junction Office - 202 North 7th Street • P.O. Box 4859 Grand Junction, Colorado 81502 • Phone: 970-241-0707 • Toll Free: 866-400-7322 • Fax: 970-242-8375
Albuquerque Office - 301 Gold Avenue, Suite 203 • Albuquerque, NM 87102 • Phone: 505-242-0707 • Paralegal, Kacee Bahl
Shiprock Office - 101 Ayani Neez Boulevard, SE • Shiprock, NM 87420 • Phone: 505-368-4026 • Paralegals: Phil Harrison, Eleanore Harrison & Rosita Billie
Grants Office - 709 E. Roosevelt Ave. • Grants, NM 87020 • Phone: 505-287-4333 • Paralegal, Linda Evers