# EXHIBIT I

| | Filed by Plaintiff/Petitioner | Case Number: | 2014CV030407 | | Division: 12 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Filed by Defendant/Respondent | Case Type: | Personal Injury Motor Vehicle | | Judicial Officer: Thomas Michael Deister | | | | |
| | Filed by Court | Case Caption: | Davis, Natosha V. Egolf, Kenneth Et Al | | Court Location: Mesa County | | | | |

Register of Actions

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Event | | Document Title | Document Security | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | F0A6A5FD9BA69 | 07/07/2014 11:04 AM | Keith Killian | Killian Davis Richter & Mayle, PC | Natosha Davis | ☐ | Return of Service | Affidavit of Service - Affidavit of Service - Kenneth Egolf | Public |
| | | | | | | ☐ | Return of Service | RC Moore, Inc. | Public |
| ☐ | 542DEC9854D8A | 05/21/2014 5:31 PM | Keith Killian | Killian Davis Richter & Mayle, PC | Natosha Davis | ☐ | Complaint | Complaint | Public |
| | | | | | | ☐ | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

Download Document(s)