# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   14-cv-01933-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**   November 24, 2014 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| NATOSHA DAVIS, | Andrew S. Petroski     (by telephone) |
| Plaintiff(s), | |
| v. | |
| R.C. MOORE, INC., *a corporation*, and | Seth A. Rider |
| KENNETH EGOLF, *an individual*, | Katherine L. Vaughn |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:31 a.m.
Court calls case.  Appearances of counsel.

As most witnesses and parties are located on the Western Slope, the Court anticipates recommending to Judge Arguello that this case be transferred to the United States Magistrate Judge sitting in Grand Junction, Magistrate Judge Gordon P. Gallagher.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **on or before DECEMBER 08, 2014.**

Joinder of Parties/Amendment to Pleadings:   **JANUARY 30, 2015**

Designation of Non-Parties at Fault:   **FEBRUARY 27, 2015**

As the Court has set a deadline for the Designation of Non-Parties at Fault, the Defendants RC Moore, Inc. And Kenneth Egolf's MOTION FOR LEAVE TO FILE DESIGNATION OF NON-PARTIES AT FAULT [Docket No. **21**, filed November 21, 2014] is **MOOT AND THEREFORE DENIED** for reasons as set forth on the record.

Discovery Cut-off:   **JUNE 30, 2015**

Dispositive Motions Deadline:   **JULY 27, 2015**

Each side  shall be limited to six (6) retained expert witnesses, without further leave of Court.
Parties shall designate experts **on or before    APRIL 01, 2015**
Parties shall designate Rule 26(a)(2) rebuttal experts   **on or before   MAY 01, 2015**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or before   **MAY 28, 2015.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than JUNE 30, 2015**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits  or Defendant Exhibits.  Parties shall not use any duplicative exhibits.

If this case is transferred to Magistrate Judge Gallagher in Grand Junction, the Final Pretrial Conference may be reset to accommodate his calendar.  At this time, a
**FINAL PRETRIAL CONFERENCE** is set for     **OCTOBER 05, 2015 at 9:30 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed  **on or before SEPTEMBER 24, 2015**
In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate an eight (8)  day Trial to a Jury.
The Honorable Christine M. Arguello  will set a Trial Preparation Conference and Trial at a future date.
● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid current photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations   **NOVEMBER 24, 2014**

Hearing concluded.   **Court in recess:**    9:50 a.m.   Total in-court time: 00:19

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free   1-800-962-3345.