IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-01933-CMA-MJW

NATOSHA DAVIS

Plaintiff,

v.

RC MOORE, INC. and KENNETH EGOLF,

Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, **Natosha Davis**, and Defendants, **R.C. Moore, Inc.**, and **Kenneth Egolf** by their respective counsel, stipulate and agree that the above-entitled cause of action shall be dismissed with prejudice, all issues between the parties having been resolved, each party to pay their own costs and attorney fees.

IT IS FURTHER stipulated and agreed that an appropriate Order of Dismissal with Prejudice be entered herein upon the filing of this Stipulation to Dismiss with Prejudice, without further notice by or to any party hereto.

Dated this 16th day of September, 2015.

s/ *William J. Young*
Seth A. Rider, Esq.
William J. Young, Esq.
Baldwin Morgan & Rider, P.C.
1512 Larimer Street, Suite 450
Denver, Colorado 80202
*Counsel for Defendant Lloyd M. Powell*


s/
J. Keith Killian, Esq.
Matt Parmenter, Esq.
Joe Azbell, Esq.
Killian Davis Richter & Mayle, P.C.
202 North Seventh Street
Grand Junction CO 81501
*Counsel for Plaintiff*

<u>CERTIFICATE OF DELIVERY</u>

I hereby certify that a true and correct copy of the foregoing was duly served this 16th day of September, 2015, to each of the following:

| | | |
|---|---|---|
| J. Keith Killian, Esq. | ( ) | via U.S. Mail |
| Matt Parmenter, Esq. | ( ) | via Hand Delivery |
| Joe Azbell, Esq. | ( ) | via Facsimile |
| Killian Davis Richter & Mayle, P.C. | ( ) | via Overnight Mail |
| 202 North Seventh Street | (x) | via CM/ECF System |
| Grand Junction CO 81501 | | |
| *Counsel for Plaintiff* | | |

s/ Imelda Andrade